**JUDGE KOELTL**

328-07/PJG/BGC
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SOYSAY SHIPPING CO.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Peter J. Gutowski (PG 2200)
Barbara G. Carnevale (BC 1651)

07 CV 7469

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SOYSAY SHIPPING CO.,                              07 CIV.         (     )

            Plaintiff,                   **RULE 7.1 STATEMENT**

  -against-

ASTYA INVESTMENTS CO. LTD., and
PETSARO CHEMICALS AG,

            Defendants.
------------------------------------------------------------x

SOYSAY SHIPPING Co. by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company

Dated: New York, New York
       August 23, 2007

                                    FREEHILL HOGAN & MAHAR LLP
                                    Attorneys for Plaintiff
                                    SOYSAY SHIPPING CO.

                By: _____
                        Peter J. Gutowski (PG 2200)
                        Barbara G. Carnevale (BG 1651)

NYDOCS1/288902.1