Steven J. Stein (SS-4578)
Lawrence J. Reina (LR-7327)
Casey D. Laffey (CL-1483)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400/Fax. (212) 521-5450

Attorneys for Defendant Petsaro Chemicals AG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| SOYSAY SHIPPING CO., | ECF Case |
| Plaintiff, | |
| - against - | 07 Civ. 7469 (JGK) |
| ASTYA INVESTMENTS CO. LTD., and, PETSARO CHEMICALS AG, | **RULE 7.1 STATEMENT** |
| Defendants. | |

-----------------------------------------------------------------X

Petsaro Chemicals AG, by and through its attorneys, Reed Smith LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private non-governmental party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of its stock.

Dated:  New York, New York
        October 12, 2007

                                        REED SMITH LLP

                                        By: _____
                                            Steven J. Stein (SS-4578)
                                            Lawrence J. Reina (LR-7327)
                                            Casey D. Laffey (CL-1483)
                                        599 Lexington Avenue
                                        New York, New York 10022
                                        Tel. (212) 521-5400

                                        Attorneys for Defendant
                                        Petsaro Chemicals AG