Lawrence J. Reina (LR-7327)
Casey D. Laffey (CL-1483)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450

Attorneys for Defendant
Petsaro Chemicals AG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SOYSAY SHIPPING CO.,                                :
                                                    :   ECF Case
                        Plaintiff,                  :
                                                    :   07 Civ. 7469 (JGK)
        - against -                                 :
                                                    :
ASTYA INVESTMENTS CO. LTD., and,                    :   **NOTICE OF APPEARANCE**
PETSARO CHEMICALS AG,                               :
                                                    :
                        Defendants.                 :
-------------------------------------------------------------X

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for Defendant Petsaro Chemicals AG in the above-captioned action. I certify that I have been admitted to practice in this Court.

Dated: October 19, 2007

                                        Respectfully submitted,

                                        REED SMITH LLP

                                By:     _____
                                        Casey D. Laffey (CL-1483)
                                        claffey@ReedSmith.com
                                        599 Lexington Avenue, 28th Floor
                                        New York, New York 10022
                                        Tel. (212) 521-5400
                                        Fax. (212) 521-5450

                                        *Attorneys for Defendant*
                                        *Petsaro Chemicals AG*