Lawrence J. Reina (LR-7327)
Casey D. Laffey (CL-1483)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450

Attorneys for Defendant
Petsaro Chemicals AG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SOYSAY SHIPPING CO.,                       :
                                           :    ECF Case
                        Plaintiff,         :
                                           :    07 Civ. 7469 (JGK)
            - against -                    :
                                           :
ASTYA INVESTMENTS CO. LTD., and,           :    **NOTICE OF APPEARANCE**
PETSARO CHEMICALS AG,                      :
                                           :
                        Defendants.        :
-----------------------------------------------------------X

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for Defendant Petsaro Chemicals AG in the above-captioned action. I certify that I have been admitted to practice in this Court.

Dated: October 19, 2007

Respectfully submitted,

REED SMITH LLP

By: _____
Lawrence J. Reina (LR-7327)
lreina@ReedSmith.com
599 Lexington Avenue, 28th Floor
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450

*Attorneys for Defendant*
*Petsaro Chemicals AG*