Steven J. Stein (SS-4578)
Lawrence J. Reina (LR-7327)
Casey D. Laffey (CL-1483)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450

Attorneys for Defendant
Petsaro Chemicals AG

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SOYSAY SHIPPING CO.,

        Plaintiff,

- against -

ASTYA INVESTMENTS CO. LTD., and,
PETSARO CHEMICALS AG,

        Defendants.
----------------------------------------------------------------X

ECF Case

07 Civ. 7469 (JGK)

**ORDER TO SHOW CAUSE**

    Upon reading and filing the Declaration of Casey D. Laffey, Esq., dated October 12, 2007, together with the exhibits annexed thereto, the accompanying Memorandum of Law, and upon all the prior pleadings and proceedings had herein, it is hereby

    **ORDERED**, that plaintiff Soysay Shipping Co. ("Plaintiff") show cause before this Court, at Courtroom 12B, United States Courthouse, 500 Pearl Street, New York, New York 10007, on the 23 day of October, 2007, at 3:00 p.m. which is within 3 court days from today pursuant to Local Admiralty Rule E.1, why an Order should not be issued, pursuant to Rule E of the Supplemental Rules of Civil Procedure for Certain Admiralty and Maritime Claims, vacating this Court's Order of Maritime Attachment and Garnishment dated August 23, 2007, along with an Order of costs and disbursements and

such other and further relief as the Court deems just, proper, and equitable; and it is further

**ORDERED**, that service by fax and email of a copy of this Order, and the papers upon which it is based, upon Plaintiff's counsel, Peter J. Gutowski, Esq., Freehill Hogan & Mahar, LLP, 80 Pine Street, New York, NY 10005, on or before October 19, 2007, at noon shall be deemed good and sufficient service thereof; and it is further

**ORDERED**, that Plaintiff shall serve answering papers, if any, on or before October 22, 2007, at 3:00 P.M., by fax and email to Petsaro's counsel, Reed Smith LLP, 599 Lexington Avenue, New York, New York 10022, Attention: Casey D. Laffey, Esq.; and it is further

**ORDERED**, that Petsaro shall serve reply papers, if any, on or before October 22, 2007, at 7:00 P.M., by fax and email to Plaintiff's counsel at the addressed listed above.

Dated: New York, New York
October 18, 2007
1:02 P.M.

SO ORDERED:

_____
G Koeltl
United States District Judge