Lawrence J. Reina (LR-7327)
Casey D. Laffey (CL-1483)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax. (212) 521-5450

Attorneys for Defendant Petsaro Chemicals AG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SOYSAY SHIPPING CO.,

                 Plaintiff,

              - against -

ASTYA INVESTMENTS CO. LTD., and,
PETSARO CHEMICALS AG,

                 Defendants.
-----------------------------------------------------------X

ECF Case

07 Civ. 7469 (JGK)

**CERTIFICATE OF SERVICE**

      I, Casey D. Laffey, hereby certify that, on October 19, 2007, I caused true and correct copies of the foregoing Order to Show Cause dated October 18, 2007, Declaration of Casey D. Laffey, Defendant Petsaro Chemical AG's Memorandum of Law in Support of its Motion to Vacate the August 23, 2007 Order of Attachment, Rule 7.1 Statement, Notice of Appearance for Lawrence J. Reina, and Notice of Appearance for Casey D. Laffey to be served by email and ECF upon:

Freehill, Hogan & Hahar LLP
Attn: Peter Judge Gutowski, Esq.
80 Pine Street
New York, NY 10005
GUTOWSKI@FREEHILL.COM
*Attorneys for Plaintiff*
*Soysay Shipping Co.*

Lennon, Murphy & Lennon, LLC
Attn: Charles E. Murphy, Esq.
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
cem@lenmur.com
*Attorneys for Defendant*
*Astya Investments Co. Ltd.*

Dated: October 19, 2007
       New York, New York

                                                   _____
                                                   CASEY D. LAFFEY