LENNON, MURPHY & LENNON, LLC
Attorneys for Defendant
ASTYA INVESTMENTS CO. LTD.
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, New York 10170
Telephone:   (212) 490-6050
Facsimile:   (212) 490-6070
Charles E. Murphy (CM 2125)
Patrick F. Lennon (PL 2162)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SOYSAY SHIPPING CO.,

      Plaintiff,

  - against -                                                                                ECF CASE

                                                             07 Civ. 7469 (JGK)

ASTYA INVESTMENTS CO. LTD. and
PETSARO CHEMICALS AG,

      Defendants.
------------------------------------------------------------X

## NOTICE OF MOTION FOR PARTIAL VACATUR
## AND REDUCTION OF MARITIME ATTACHMENT

Upon the annexed Declaration of Charles Robert Grant Williams and accompanying Memorandum of Law, and pleadings heretofore had herein, Defendant Astya Investments Co. Ltd. will move this Court before the Honorable John G. Koeltl, United States Courthouse, 500 Pearl Street, Courtroom 12B, New York, New York on the _____ day of _____ 2007 at _____ o'clock in the __.m., or as soon thereafter as the parties can be heard, for an order pursuant to Supplemental Rules E(4) and E(6) for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure partially vacating and reducing the Ex Parte Attachment Order dated August 23, 2007 from $334,428.56 to $93,156.25.

Dated: October 25, 2007
New York, NY

Respectfully submitted,

The Defendant,
ASTYA INVESTMENTS CO. LTD.,

By: _____
Charles E. Murphy (CM 2125)
Patrick F. Lennon (PL 2162)
LENNON MURPHY & LENNON, LLC
The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050 (phone)
(212) 490-6070 (fax)
cem@lenmur.com
pfl@lenmur.com

## AFFIRMATION OF SERVICE

I hereby certify that on October 25, 2007, a copy of the foregoing Notice of Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: _____
Charles E. Murphy

2