# EXHIBIT 11

halki 004 (1275x1736x2 tiff)

 

SHIPPING TRANSPORTATION And TRADING INC. CO

TO : GENKO SHPPPING Messers

## NOTICE OF READINESS

VESSEL       : M/T HALKI
PORT         : MERSIN
DATE         : 22 MAY 2007
VOYAGE NO    : 12/2007

Dear Sirs;

I advise you that the above named vessel under my command arrived at MERSIN on 22.05.2007 at 17.00 LT , at which time the above mentioned vessel is in every respect ready to discharge her cargo of;

511,900 MTS VINYL ACETATE MONOMER

in accordance with all terms, conditions and exceptions of the relevant Charter Party.

NOR TENDERED : on 22 MAY 2007 at 17.00 LT

NOR ACCEPTED : on ...... *(handwritten)* ...... LT

AGENTS / RECEIVERS / SHIPPERS
(If received by Agents, to be returned to Master duly signed by the addressee)



