# EXHIBIT 12

halki 002 (1704x2312x2 tiff) [4]


# SOYSAY
SHIPPING, TRANSPORTATION And TRADING INC. CO.


ISM Code Safety Management System Certified

## STATEMENT OF FACTS

VESSEL: M/T HALKI  
VOYAGE NBR: 12/07    FLAG: PANAMA  
PORT: MERSIN    CARGO: CSS  
ARRIVED FROM: TEKIRDAG    SAILED TO: CEYHAN  

DATE: 22.05.2007  
NRT / GRT: 957 / 1599  
CARGO QUANTITY: 511.960 MT  
DRAFT  
FWD: 4.60 m  
AFT: 5.40 m  

### ARRIVAL & BERTHING OPERATIONS

| | Date | Time |
|---|---|---|
| End of Sea Passage | 22.05.07 | 17.00 |
| Notice of Readiness Tendered | 22.05.07 | 17.00 |
| Notice of Readiness Accepted | | C/P |
| Anchored | | |
| Weighed Anchor | | |
| Pilot on Board | 22.05.07 | 17.25 |
| First Line Ashore | 22.05.07 | 18.25 |
| Berthed | 22.05.07 | 18.30 |
| Customs / Immigration Control | 22.05.07 | 18.40 |
| Tanks Inspection | | |

### LOADING OPERATIONS

| | Date | Time |
|---|---|---|
| Tanks Accepted | | |
| Hose/s Connected | | |
| First Foot Loading Commenced | | |
| First Foot Loading Completed | | |
| Samples Taken | | |
| Resumed Loading | | |
| Analysis Result on Board | | |
| Loading Completed | | |
| Hose/s Disconnected | | |
| Ullages Taken | | |
| Calculations Completed | | |

### DISCHARGING OPERATIONS

| | Date | Time |
|---|---|---|
| Samples Taken | 22.05.07 | 19.30 |
| Analysis results on Board | | |
| Ullages Taken | 22.05.07 | 19.15 |
| Calculations Completed | 22.05.07 | 19.45 |
| Hose/s Connected | 22.05.07 | 19.50 |
| Discharging Commenced | | |
| Discharging Completed | | |
| Hose/s Disconnected | 22.05.07 | 22.30 |

### DEPARTURE OPERATIONS

| | Date | Time |
|---|---|---|
| Cargo Documents on Board | | |
| Customs / Immigration Control | | |
| Pilot on Board | 23.05.07 | 10.30 |
| Left the Berth | 23.05.07 | 10.40 |
| Sailed | | |
| Ets Destination | | |
| Drafts on Departure | FRWD 4.60 m | AFTWD 5.40 m |

GENERAL REMARKS

SHIPPER / RECEIVER    AGENT    MASTER

Eski Üsküdar Yolu Çayıroğlu Sokak Ay Plaza No: 2 Kat: 6  34752  İçerenköy - Kadıköy / ISTANBUL  
Phone: (+90) 216 469 38 20 - 74 • Fax: (+90) 216 469 38 77  E-mail: soysay@soysay.com • E-mail: operation@soysay.com