LAW OFFICES OF

# FREEHILL HOGAN & MAHAR LLP
### 80 PINE STREET
### NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ~
DANIEL J. FITZGERALD*†△
JILL A. TAFT
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
* ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

1 2007

November 1, 2007

Our Ref: 328-07/PJG

**Via Telefax: 212-805-7912**
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

6/Koelp.

11/1/07    John G. Koeltl, U.S.D.J.

Re:    **Soysay Shipping Co. v. Astya Investments Co. Ltd.,
and Petsaro Chemicals AG
07 CV 7469 (JGK)**

-----------------------------------------------------------------

Dear Judge Koeltl:

We represent the Plaintiff in the captioned action and write with respect to both Petsaro's last letter to the Court and Defendant Astya's motion.

Insofar as the claim against the Defendant Petsaso is concerned, the security aspects have been resolved by agreement, and thus no further Court intervention will be required. We have issued a "cease & desist" notice to all the banks on whom we have served a copy of the Process of Attachment, substitute security is being arranged in London, we are withdrawing that attachment and will be filing a stipulation of dismissal shortly as to Petsaro.

Insofar as the motion filed by the Defendant Astya (to reduce the level of security in the claim against it) is concerned, our client will be filing an opposition. We spoke to Charles

*PLEASE NOTE: The information contained in this fax is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone - (212) 425-1900. Thank you.*

NYDOCS1/292964.1

Honorable John G. Koeltl
November 1, 2007
Page 2

Murphy, counsel for Astya, and have agreed on a schedule under which our opposition papers will be filed on November 9 and any reply by Astya will be filed on November 16. Provided this meets with the Court's approval, we will proceed on this basis, and will otherwise file the dismissal against Petsaro as soon as that is ready, most likely in the next couple of days.

   We thank the Court for its attention to the foregoing.

         Respectfully submitted,
         FREEHILL HOGAN & MAHAR LLP

         Peter J. Gutowski

PJG:mjg

cc: Reed Smith LLP
  Attn: Lawrence J. Reina, Esq.
  Via Fax: 212-521-5450

  Lennon Murphy & Lennon LLP
  Attn: Chuck Murphy, Esq.
  Via Fax: 212-490-6070

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/1/07