USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07

NOV - , 2007

UNITED STATES DISTRICT COURT                        07-CIV-7469 (JGK)
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
SOYSAY SHIPPING CO.,
                    Plaintiff,              STIPULATION AND ORDER
                                             DIRECTING RELEASE
        -against-                            AND TRANSFER OF
                                             ATTACHED FUNDS AND
ASTYA INVESTMENTS CO. LTD., and              DISMISSAL AS TO
PETSARO CHEMICALS AG,                        DEFENDANT PETSARO
                    Defendants.              CHEMICALS AG
----------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED that the attachment as to Defendant Petsaro Chemicals AG ("Petsaro") is vacated, the funds under attachment are to be transferred pursuant to the terms and conditions of this Stipulation, and the action of Plaintiff against Defendant Petsaro (only) is dismissed without prejudice and without costs, as follows:

1. The attachment issued in this action as to Petsaro is hereby lifted and vacated.

2. The Bank of New York is directed to transfer the sum of $76,050.00 to the following account:

> Petsaro Chemicals AG
> Acc No: 410 001 4694
> IBAN: NL45 TEBU 410 001 4694
> The Economy Bank NV
> Prof. W.H. Keesomlaan 5 1183 DJ
> Amstelveen, The Netherlands
> SWIFT: TEBUNL2A

3. The action by Plaintiff against Petsaro (only) is dismissed without prejudice and without costs to either party.

4. The attachment is to remain in full force and effect as to Defendant Astya Investments Co. Ltd. and is not in any way affected by this Stipulation and Order.

NYDOCS1/292989.1

Dated: November 1, 2007

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff

By: _____
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)
80 Pine Street
New York, NY 10005

Dated: November 1, 2007

REED SMITH LLP
Attorneys for Defendant Petsaro Chemicals AG

By: _____
Lawrence J. Reina (LR-7327)
599 Lexington Avenue, 29th Floor
New York, NY 10022

Dated: November 1, 2007
New York, New York

SO ORDERED: _____
U.S.D.J.

NYDOCS1/292989.1                                    2