UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――
SOYSAY SHIPPING CO.,

            Plaintiff,          07 Civ. 7469 (JGK)

    - against -                    ORDER

ASTYA INVESTMENTS CO. LTD., and PETSARO
CHEMICALS AG,

            Defendants.
―――――――――――――――――――――――――――――――
JOHN G. KOELTL, District Judge:

    For the reasons stated on the record at the hearing held on December 10, 2007, Astya's motion for partial vacatur or reduction is **denied without prejudice** to Astya's ability to submit additional evidence establishing that Soysay's estimate of legal fees is excessive.

SO ORDERED.

Dated:    New York, New York
          January 8, 2008

                                            _____
                                              John G. Koeltl
                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08