328-07/PJG/BGC
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SOYSAY SHIPPING CO.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900
Facsimile: (212) 425-1901
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-3-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SOYSAY SHIPPING CO.,                                     07 CIV. 7469 (JGK)

                          Plaintiff,                     STIPULATION & ORDER
         -against-                                       REGARDING DISMISSAL
                                                         OF CASE & CONTINUED
ASTYA INVESTMENTS CO. LTD., and                          RESTRAINT OF FUNDS
PETSARO CHEMICALS AG,                                    UNDER ATTACHMENT

                          Defendants.
-------------------------------------------------------------x

WHEREAS, the merits of this case are subject to London arbitration which is ongoing; and,

WHEREAS, funds have been restrained of the defendant ASTYA INVESTMENT CO. LTD. as security for the claims of the Plaintiff; and

WHEREAS, the Court has indicated that under these circumstances, it is not necessary for this case to remain on the active calendar;

The parties stipulate and agree that:

1.    The captioned action is dismissed without prejudice with the *proviso* that either party can apply to the Court to re-open the litigation within sixty days (60) after the completion of the London Arbitration between SOYSAY SHIPPING CO. and ASTYA INVESTMENTS

NYDOCS1/301712.1

CO. LTD. for purposes of enforcement of any award that may be rendered therein and upon such application, the case will be restored to the Court's active calendar.

2. All funds under attachment in his action are to remain attached as if the action was not dismissed and the sum of $210,000.00 restrained at the Bank of New York on or around August 27, 2007, and the sum of $124,428.56 restrained at BNP Paribas on or about January 8, 2008 shall remain under restraint pursuant to the writ of attachment served on the garnishees, notwithstanding this dismissal and the garnishees identified above shall only release them pursuant to a further order of this Court in this action or the written agreement of the parties signed by counsel for each party should the parties resolve the matter on an amicable basis in the interim and so notify the garnishees in a written communication signed by both parties and accompanied by a copy of this Stipulation and Order.

| | |
|---|---|
| Freehill Hogan & Mahar, LLP<br>Attorneys for Plaintiff<br><br>BY: _____<br>Pamela L. Schultz<br>80 Pine Street, 24th floor<br>New York, New York 10005<br>(212) 425-1900 | Lennon Murphy and Lennon, LLC<br>Attorneys for Defendant Astya Investments Co. Ltd.<br><br>BY: _____<br>Charles E. Murphy<br>Graybar Building<br>420 Lexington Avenue, Suite 300<br>New York, NY 10170<br>(212) 490-6050 |

DATED:  New York, New York
         April 1, 2008

SO ORDERED:
_____
Judge John G. Koeltl

The Clerk is directed to close this case.

So Ordered
_____
4/3/08
U.S.D.J.

NYDOCS1/301712.1                 2